# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 2, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   22-1814,      Davina Ricketts v. Wake County Public School System
                    5:21-cv-00049-FL

TO:    Appellees

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 8, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[ XX ] Paper brief insufficient because (FRAP 32):
- Improper cover color, cover should be red
- Binding not secure down left side of document

Rachel Phillips, Deputy Clerk
804-916-2702